```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

-against-

RAYMOND JACKSON,

Defendant.

No. 96-CR-0515 (LAP)
No. 16-CV-4792 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

The briefing schedule proposed in counsel's letter of October 2 (dkt. no. 680) is approved.

SO ORDERED.

Dated:   October 7, 2020
         New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.